

Maher & Thompson, P.C.
140 Aspinall Avenue,
Suite 201, Agana, Guam 96910
Tel: (671) 477-7892/4
fax: (671) 477-7889
e-mail: mtpclaw@gmail.com

FILED
DISTRICT COURT OF GUAM
FEB 1 1 2013
JEANNE G. QUINATA
CLERK OF COURT

Attorneys for Plaintiff
PACIFIC INTERNATIONAL INC.

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| PACIFIC INTERNATIONAL INC., | ) | CIVIL CASE NO. CV 13-00006 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT ON PROMISSORY NOTE** |
| | ) | |
| BING MEJIA, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Pacific International Inc. ("Pacific") alleges:

1. Plaintiff is a corporation incorporated under the Laws of the Republic of the Marshall Islands having its principal place of business in the Marshall Islands and defendant is a sole proprietorship licensed having its principal place of business in Guam. The amount, exclusive of attorney's fees, interest and costs, is the sum of $210,636.80.

2. Defendant on or about February 22, 2012, executed and delivered to ("note") plaintiff a promissory note, a copy of which is hereto appended as plaintiff's Exhibit "A".

3. Defendant promised to pay plaintiff $223,636.80 under the terms and conditions set forth in the note.

1

4.     Defendant made one payment of $10,000.00 in March of 2012 and one (1) payment of $3,000.00 to plaintiff in November of 2012.

5.     Defendant owes plaintiff $210,636.80, excluding interest, costs and reasonable attorney's fees.

WHEREFORE, Plaintiff demands:

1.     For judgment against defendant in the amount of $210,636.80, interest, costs and attorney's fee.

2.     For such other and further relief as the court may deem just and proper.

Dated this ___ day of February, 2013.

                       MAHER & THOMPSON, P.C.
                       Attorneys for Plaintiff

By: _____
     JAMES M. MAHER

# PROMISSORY NOTE

$ 223,636.80

**For value received, I, Bing Mejia,** of legal age and herein duly representing CLSL Express International with business address at 425 Chalan San Antonio, Tamuning, Guam 96913, promise to pay to the Order of PACIFIC INTERNATIONAL ,INC. the sum of **US DOLLARS TWO HUNDRED TWENTY THREE THOUSAND SIX HUNDRED THIRTY SIX & EIGHTY CENTS ($223,636.80).** Said sum represents the uncompleted deliveries of cement to the aforementioned party and will be paid in full as follows:

1. The first $10,000.00 shall be paid upon signing of this Promissory Note.

2. 500 tons of cement amounting to $89,500.00 will start shipping on or before last week of April to Early May, of 2012. Bills of Lading will be made available 2 week prior to first ship out.

3. 5 containers of Fly Ash currently detained at Chuuk Port amounting to $25,250.00 IF CLEARED Forms part of settlement. If not, this will be replaced by a new shipment on or about end of April Latest mid May, 2012.

4. Remaining balance of $98,886.80 will be paid in 6 equal monthly installments commencing from June, 2012. If at this time in cash, cement or fly ash shipments.

I also agree to pay the appropriate penalty charge of nine percent (9%) per annum to be imposed on any amount of this note should they remain unpaid when due.

Any and all amounts due this note shall become immediately due and payable upon the occurrence of any of the following events or default.

1. Upon my failure to pay the amount due and payable under this note.

2. Any other event or circumstances that in the sole opinion of Pacific International, Inc. may adversely Affect my ability to comply with my obligation under the note.

Should it become necessary to collect this note through a lawyer, I hereby expressly agree to pay the legal amount due as attorney's fees, in addition to expenses for collection and litigation.



BING MEJIA

EXHIBIT "A"