

Maher & Thompson, P.C.
140 Aspinall Avenue,
Suite 201, Agana, Guam 96910
Tel: (671) 477-7892/4
fax: (671) 477-7889
e-mail: mtpclaw@gmail.com

FILED
DISTRICT COURT OF GUAM
MAR 05 2013
JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PACIFIC INTERNATIONAL, INC., ) | CIVIL ACTION NO. 13-00006 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | DECLARATION OF |
| BING MEJIA, ) | JAMES M. MAHER |
| ) | |
| Defendant. ) | |

I, James M. Maher, declare:

1. I speak from personal knowledge of matters contained herein;

2. I am plaintiff's counsel in the above-captioned matter.

3. Attached hereto is a true and correct copy of self styled "answer to summons received on February 12, 2013" which defendant delivered to my office on March 4, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Hagatna, Guam on March 5th, 2013.

By: /s/ James M. Maher
JAMES M. MAHER

ORIGINAL

March 1, 2013



MAHER & THOMPSON, PC
688-7900

Pacific International, Inc.

c/o Maher & Thompson Law Office

Hagatna, Guam 96932


REFERENCE: CV13-00006


Answer to Summons received on February 12, 2013:

1. Balance to be paid to Pacific International, Inc. should read as: $ 185, 386.80.
2. Proposed payment to be: $ 3,000.00 every 18th of the Month beginning March, 2013 until amount is fully paid.
3. Proposed additional payment in form of cement or fly ash at reasonable market value if need arises with future PII projects to speed up payments.

Bing Mejia