# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-13-00006           DATE: July 27, 2015
CAPTION: Pacific International Inc. v. Mejia

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio Electronically Recorded: 9:32 - 9:47
CSO: None Present

**APPEARANCES:**

Counsel for Plaintiff(s)       Counsel for Defendant(s)
James Maher                 Bing Mejia - pro se

**PROCEEDINGS: Continued Status Conference**
- Parties reported the status of the case.
- Parties to submit a stipulation of garnishment for court approval.

NOTES: